IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN ROBERT DEMOS JR., | ) | No. C 11-04069 EJD (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| RONALD REAGAN, et al., | ) | |
| Defendants. | ) | |

On August 19, 2011, Plaintiff filed this pro se civil rights pursuant to 42 U.S.C. § 1983. The same day, the Clerk of the Court sent a notification to Plaintiff that his In Forma Pauperis ("IFP") Application was deficient because: 1) he did not use the correct form, 2) he failed to sign the application, and 3) he failed to submit documents in support thereof. (See Docket No. 2.) Plaintiff was advised to file a complete IFP application within thirty days to avoid dismissal of the action. (Id.) The deadline has since passed, and Plaintiff has failed to respond.

Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

DATED: 10/24/2011

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
04069Demos_dism-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN ROBERT DEMOS JR.,

        Plaintiff,

  v.

RONALD REAGAN, et al.,

        Defendant.

Case Number: CV11-04069 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/24/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Robert Demos 287455
Washington State Penitentiary
1313 North, 13 Avenue
Walla Walla, WA 99362

Dated: 10/24/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk